[No. 30172-1-I.   Division One.   July 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE M. CANAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-06461-1, Jack A. Richey, J., entered April 23, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield and Grosse, JJ.

[Nos. 11640-9-III; 11643-3-III.   Division Three.   July 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. E.D.M., *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. L.M.M., *Appellant*.

Appeals from judgments of the Superior Court for Okanogan County, No. 91-1-00217-7, Charles W. Cone, J., entered May 30, 1991. *Affirmed* by unpublished opinion per Shields, J. Pro Tem., concurred in by Thompson, C.J., and Munson, J.

[No. 13045-2-III.   Division Three.   July 27, 1993.]

THE STATE OF WASHINGTON, *Petitioner*, v. AMY A. DYKEMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-1-01883-0, Harold D. Clarke, J., entered January 13, 1993. *Reversed* by unpublished per curiam opinion.